No. 241. SNYDER *v.* MASSACHUSETTS. October 9, 1933. Petition for writ of certiorari to the Superior Court in and

for the County of Middlesex, Massachusetts, granted. The motion for leave to proceed *in forma pauperis* is granted. *Messrs. Henry P. Fielding, A. C. Webber,* and *L. H. Weinstein* for petitioner. *Messrs. Joseph E. Warner, George B. Lourie,* and *Frank G. Volpe* for respondent.